# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GARY E. HOLMES                                                                                    PLAINTIFF

VS.                                           4:18-cv-00713 BRW-PSH

MICHAEL SIMON, *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 31st day of October, 2018.

                                                  ___/s/ Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE